**Order filed September 18, 2015**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00862-CR
_____

**WOODROW MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 876249-F**

---

## O R D E R

The clerk's record was filed November 4, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Woodrow Miller's Application for Writ of Habeas Corpus.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before September 28, 2015, containing Woodrow Miller's Application for Writ of Habeas Corpus.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM